

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ARIEL S. LICHTERMAN**
*Assistant Corporation Counsel*
Phone: (212) 356-3520
Fax: (212) 356-3509
*alichter@law.nyc.gov*

February 17, 2015

**BY ECF**
Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>Alexis Soto v. Felix Ortiz</u>
14 Civ. 5404 (JPO)(AJP)

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent Defendant Felix Ortiz in the above-referenced matter. In accordance with the Court's Orders given at the conference held on December 9, 2014, Defendant writes respectfully to inform the Court of its intention to move for summary judgment. However, prior to filing its motion for summary judgment, Defendant intends to file an objection to Your Honor's denial of Defendant's February 13, 2015 motion to extend discovery, pursuant to Fed. R. Civ. P. 72(a). Defendant will file its Rule 72(a) motion by Friday, February 20, 2015.

Thank you for your consideration herein.

Respectfully submitted,

_____/s_____
Ariel Lichterman
Assistant Corporation Counsel
Special Federal Litigation Division

cc:  Honorable J. Paul Oetkin (By ECF)
United States District Judge
United States District Court
Southern District of New York

Darius Wadia, Esq. (by ECF)
*Attorney for Plaintiff*