# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:   February 17, 2015                    Total Number of Pages: 2

MEMO ENDORSED:

Filing of objections to my discovery ruling does not extend the deadline for any summary judgment motion.

Copies by ECF to: All Counsel
                  Judge Oetken

SDNY DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/17/15

RECEIVED
FEB 17 2015
CHAMBERS OF
ANDREW J. PECK

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ARIEL S. LICHTERMAN
*Assistant Corporation Counsel*
Phone: (212) 356-3520
Fax: (212) 356-3509
alichter@law.nyc.gov

BY ECF

February 17, 2015

**MEMO ENDORSED** 2/17/15

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Alexis Soto v. Felix Ortiz
      14 Civ. 5404 (JPO)(AJP)

Your Honor:

[Handwritten endorsement: Stay of objections does not stay discovery nor does it stay discovery for any reason. Summary judgment motion.
SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge
Copies mailed / faxed to all counsel, Judge Oetken]

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent Defendant Felix Ortiz in the above-referenced matter. In accordance with the Court's Orders given at the conference held on December 9, 2014, Defendant writes respectfully to inform the Court of its intention to move for summary judgment. However, prior to filing its motion for summary judgment, Defendant intends to file an objection to Your Honor's denial of Defendant's February 13, 2015 motion to extend discovery, pursuant to Fed. R. Civ. P. 72(a). Defendant will file its Rule 72(a) motion by Friday, February 20, 2015.

Thank you for your consideration herein.

Respectfully submitted,

/s
Ariel Lichterman
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Honorable J. Paul Oetken (By ECF)
      United States District Judge
      United States District Court
      Southern District of New York

      Darius Wadia, Esq. (by ECF)
      *Attorney for Plaintiff*